

# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/18/2025 1:30:08 PM
CHRISTOPHER A. PRINE
Clerk

**DATE 12/18/2025**

## NOTICE OF APPEALS
## ASSIGNMENT OF COURT THE COURT OF APPEALS

**TO:** 15TH COURT OF APPEALS

**From:** Deputy Clerk: DESHA VASTINE

**Marilyn Burgess, District Clerk**

**Harris County, T E X A S**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/18/2025 1:30:08 PM
CHRISTOPHER A. PRINE
Clerk

**CAUSE: 2025-85662**     **COURT: 152ND**     **RELATED APPEAL: NONE**

**CASE STATUS: ACTIVE**     **IMAGE #(S): 124189052**

**TENTATIVE DUE   12/29/2025**     **ATTORNEY 24134406**

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE  15TH COURT OF APPEALS**

**DATE JUDGMENT SIGNED:   12/16/2025**

**MOTION FOR NEW TRIAL DATE FILED   NONE**

**FINDINGS OF FACT & CONCLUSIONS OF LAW FILED   NONE**

**REQUEST TRANSCRIPT DATE FILED     NONE**

**NOTICE OF APPEAL DATE FILED     12/17/2025**

**NUMBER OF DAYS: ( CLERKS RECORD )  10 DAYS**

**FILE ORDERED:  YES ☐   NO ☐   IMAGED FILED:  YES ☐   NO ☐**

**CODES FOR NOTICE OF APPEAL:  BG, D, OA**

**COURT REPORTER:  CANTRECE ADDISON**

MARILYNN BURGESS
Harris County, District Clerk



# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

By: /s/ *Desha Vastine*

**DESHA VASTINE, Deputy**

**BC - NOTICE OF APPEAL FILED**

**BG - NOTICE OF APPEAL FILED – GOVERNMENT**

**C - JUDGMENT BEING APPEALED**

**D - ACCELERATED APPEAL**

**OA - NO CLERK'S RECORD REQUEST FILED**

**O - CLERK'S RECORD REQUEST FILED (W/ NOTICE OF APPEAL)**

**NA - AMENDED NOTICE OF APPEAL**

**CR – CROSS APPEAL**

**H - PAUPER'S OATH FILED**

Cause No. 202585662

| | |
|---|---|
| State of Texas, <br>     *Plaintiff,* <br><br> v. <br><br> Harris County, Texas; Harris County Commissioners Court; Lina Hidalgo, in her official capacity as Harris County Judge; Rodney Ellis, in his official capacity as Commissioner of Harris County Precinct 1; Adrian Garcia, in his official capacity as Commissioner of Harris County Precinct 2; Tom Ramsey, in his official capacity as Commissioner of Harris County Precinct 3; Lesley Briones, in her official capacity as Commissioner of Harris County Precinct 4; Jesse Dickerman, in his official capacity as Harris County Administrator; Thao Costis, in her official capacity as Executive Director of Harris County Housing & Community Development. <br>     *Defendants.* | IN THE DISTRICT COURT <br><br><br><br> HARRIS COUNTY, TEXAS <br><br><br><br> 152ND JUDICIAL DISTRICT |

---

### Notice of Appeal

---

The State of Texas files this Notice of Appeal. The State desires to appeal from the Order denying its Application for Temporary Injunctive Relief, entered on December 16, 2025, in the *State of Texas vs. Harris County, Texas; Harris County Commissioners Court; Lina Hidalgo, in her official capacity as Harris County Judge; Rodney Ellis, in his official capacity as Commissioner of Harris County Precinct 1; Adrian Garcia, in his official capacity as Commissioner of Harris County Precinct 2; Tom Ramsey, in his official capacity as Commissioner of Harris County Precinct 3; Lesley Briones, in her official capacity as Commissioner of Harris County Precinct 4; Jesse Dickerman, in his official capacity*

*as Harris County Administrator; Thao Costis, in her official capacity as Executive Director of Harris County Housing & Community Development*, Cause No. 202585662, in the 152nd Judicial District Court of Harris County, Texas. Appeal is being taken to the Fifteenth Court of Appeals under Section 22.220(d) of the Texas Government Code. This appeal involves a matter brought by or against the State. Tex. R. App. P. 25.1(d)(9)(A).

This Notice of Appeal is being electronically filed under Rule 21(f) of the Texas Rules of Civil Procedures and Rule 9.2(c) of the Texas Rules of Appellate Procedure.

Dated: December 17, 2025

Respectfully submitted.

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**AMY SNOW HILTON**
Chief, Healthcare Program Enforcement Division
Texas Bar No. 24097834
Amy.Hilton@oag.texas.gov

*/s/ Anthony Dolcefino*
**ANTHONY DOLCEFINO**
Assistant Attorney General
Healthcare Program Enforcement Division
Texas Bar No. 24134406
Anthony.Dolcefino@oag.texas.gov

**KATHERINE PITCHER**
Assistant Attorney General
Healthcare Program Enforcement Division
Texas Bar No. 24143894
Katherine.Pitcher@oag.texas.gov

Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: (512) 936-1709
Fax: (512) 499-0712

**Counsel for State of Texas**

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of this Court and served electronically on all counsel of record, in compliance with Rule 21a of the Texas Rules of Civil Procedure.

*/s/ Anthony Dolcefino*
Anthony Dolcefino

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Shelly Farris on behalf of Anthony Dolcefino
Bar No. 24134406
shelly.farris@oag.texas.gov
Envelope ID: 109222084
Filing Code Description: Notice of Appeal
Filing Description: Notice of Appeal
Status as of 12/17/2025 4:18 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jonathan Fombonne | | jonathan.fombonne@harriscountytx.gov | 12/17/2025 3:23:53 PM | SENT |
| Christopher Garza | | Christopher.Garza@harriscountytx.gov | 12/17/2025 3:23:53 PM | SENT |
| Charles Shaw | | charles.shaw@harriscountytx.gov | 12/17/2025 3:23:53 PM | SENT |
| Eleanor Matheson | | eleanor.matheson@harriscountytx.gov | 12/17/2025 3:23:53 PM | SENT |
| Jesse Blakley | | Jesse.Blakley@harriscountytx.gov | 12/17/2025 3:23:53 PM | SENT |
| Edward Swidriski | | Edward.Swidriski@harriscountytx.gov | 12/17/2025 3:23:53 PM | SENT |
| Amy Hilton | | amy.hilton@oag.texas.gov | 12/17/2025 3:23:53 PM | SENT |
| Anthony Dolcefino | | anthony.dolcefino@oag.texas.gov | 12/17/2025 3:23:53 PM | SENT |
| Katherine Pitcher | | katherine.pitcher@oag.texas.gov | 12/17/2025 3:23:53 PM | SENT |
| Brian Hrach | | Brian.Hrach@harriscountytx.gov | 12/17/2025 3:23:53 PM | SENT |

CAUSE NO. 2025-85662

| | | |
|---|---|---|
| STATE OF TEXAS, *Plaintiff*, | § § § | IN THE DISTRICT COURT |
| v. | § § § | |
| HARRIS COUNTY, TEXAS; HARRIS COUNTY COMMISSIONERS COURT; LINA HIDALGO, in her official capacity as Harris County Judge; RODNEY ELLIS, in his official capacity as Commissioner of Harris County Precinct 1; ADRIAN GARCIA, in his official capacity as Commissioner of Harris County Precinct 2; TOM RAMSEY, in his official capacity as Commissioner of Harris County Precinct 3; LESLEY BRIONES, in her official Capacity as Commissioner of Harris County Precinct 4, JESSE DICKERMAN, in his official capacity as Harris County Administrator; THAO COSTIS, in her official capacity as Executive Director of Harris County Housing & Community Development. *Defendants.* | § § § § § § § § § § § § § § § § § § § § § | 152nd JUDICIAL DISTRICT HARRIS COUNTY, TEXAS |

F I L E D
Marilyn Burgess
District Clerk

DEC 16 2025
Time: 3:23 PM
Harris County, Texas
By_____Katina Williams_____
Deputy

## ORDER

On December 11, 2025, the Court considered the Harris County Defendants' Sworn Motion to Show Authority, Plea to the Jurisdiction, and Special Exceptions, as well as the Petition and Application for Temporary and Permanent Injunctive Relief filed by Plaintiff, the State of Texas. After considering the motions, responses, any replies, all documents on file, witness testimony, the proffered exhibits, and arguments of counsel, the Court finds as follows:

The parties stated on the record that had reached an agreement on the Harris County Defendants' Special Exceptions and as such, no ruling is necessary at this time. The other motions heard on this day are denied.

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that the Harris County Defendants' Motion to Show Authority is **DENIED**.

IT IS THEREFORE FURTHER ORDERED, ADJUGED, and DECREED that Harris County Defendants' Plea to the Jurisdiction is **DENIED**.

IT IS THEREFORE FURTHER ORDERED, ADJUDGED, and DECREED that the State's Application for Injunctive Relief and any and all other injunctive relief sought by the State is **DENIED**.

SIGNED this _16th_ day of December, 2025.

_____
JUDGE PRESIDING



| CASE NUM: | 202585662 | PJN: | | TRANS NUM: | | CURRENT COURT: | 152 | PUB: | Please Select ▼ |
|---|---|---|---|---|---|---|---|---|---|

| CASE TYPE: | OTHER CIVIL | | CASE STATUS: | ACTIVE |
|---|---|---|---|---|

| STYLE: | STATE OF TEXAS | VS | HARRIS COUNTY TEXAS |
|---|---|---|---|

**** ACTIVE PARTIES ****

| | PJN | PER/CONN | COC | BAR | PERSON NAME | PTY STAT | ASSOC ATTY |
|---|---|---|---|---|---|---|---|
| ☐ | | 00012 - 0001 | AGT | | HARRIS COUNTY COMMISSIONERS COURT MAY B | | |
| ☐ | | 00011 - 0001 | AGT | | HARRIS COUNTY TEXAS BY SERVING COUNTY JU | | |
| ☐ | | 00010 - 0001 | DEF | | COSTIS, THAO | | |
| ☐ | | 00009 - 0001 | DEF | | DICKERMAN, JESSE | | |
| ☐ | | 00008 - 0001 | DEF | | BRIONES, LESLEY | | |
| ☐ | | 00007 - 0001 | DEF | | RAMSEY, TOM | | |
| ☐ | | 00006 - 0001 | DEF | | GARCIA, ADRIAN | | |
| ☐ | | 00005 - 0001 | DEF | | ELLIS, RODNEY | | |
| ☐ | | 00004 - 0001 | DEF | 24131490 | HIDALGO, LINA | | MATHESON, ELEANOR GRACE |
| ☐ | | 00003 - 0001 | DEF | 24131490 | HARRIS COUNTY COMMISSIONERS COURT | | MATHESON, ELEANOR GRACE |
| ☐ | | 00002 - 0001 | DEF | 24131490 | HARRIS COUNTY TEXAS | | MATHESON, ELEANOR GRACE |
| ☐ | | 00001 - 0001 | PLT | 24097834 | STATE OF TEXAS | | HILTON, AMY SNOW |